IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO: _____ |
|---|---|---|
| v. | : | DATE FILED: _____ |
| LAQUAN SIMS | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) (felon in possession of firearm - 1 count)<br>Notice of forfeiture |
| | : | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about October 31, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**LAQUAN SIMS,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Kel-Tec .380 caliber semi-automatic pistol, bearing serial number KAW31, loaded with six live rounds of .380 caliber ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1) set forth in this indictment, defendant

**LAQUAN SIMS**

shall forfeit to the United States of America the firearm and ammunition involved in the commission of such violation, including:

1. a Kel-Tec, .380 caliber semi-automatic pistol, bearing serial number KAW31; and

2. six live rounds of .380 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_____
**JENNIFER ARBITTIER WILLIAMS**
**ACTING UNITED STATES ATTORNEY**

2

No. _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

LaQUAN SIMS

INDICTMENT

18 U.S.C. § 922(g)(1) (felon in possession of firearm - 1 count)
Notice of forfeiture

A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20____

_____
Clerk

Bail, $_____